ORIGINAL

JACKSON_J.stpgar2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 2 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH G. JACKSON,<br><br>　　　　　Defendant,<br><br>DEPARTMENT OF REVENUE<br>　AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>　　　　　Garnishee. | CIVIL CASE NO. 98-00061<br><br>**STIPULATED MOTION FOR A<br>WRIT OF GARNISHMENT**<br>(TAX YEAR 2005) |

　　　　WHEREAS Defendant, JOSEPH G. JACKSON, P.O. Box XXXXX, GMF Barrigada, Guam 96921, Social Security Number XXX-XX-5579, has requested that any income tax refund including tax year 2005 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the U.S. Department of Justice for payment toward his obligation that is due and owing;

//
//
//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JOSEPH G. JACKSON, hereby jointly move the Court for an order of writ of garnishment on the income tax refund including tax year 2005 account of Defendant, JOSEPH G. JACKSON.

Dated: 10/19/06

JOSEPH G. JACKSON
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 10/20/06          By: 

MARIVIC P. DAVID
Assistant U.S. Attorney