JACKSON_J.writgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 25 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH G. JACKSON,<br><br>Defendant,<br><br>DEPARTMENT OF REVENUE<br>  AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>Garnishee. | CIVIL CASE NO. 98-00061<br><br>**WRIT OF GARNISHMENT**<br>(TAX YEAR 2004) |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant JOSEPH G. JACKSON's income tax refund including tax year 2004.

//
//
//
//
//
//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2004 account of Joseph G. Jackson, Social Security Number XXX-XX-5579, until further notice.

Checks should be made payable to:

**U.S. DEPARTMENT OF JUSTICE**

and mailed to:

> U.S. Attorney's Office
> Sirena Plaza, Suite 500
> 108 Hernan Cortez Avenue
> Hagåtña, Guam 96910

DATED this 24th day of October, 2006.

*/s/ Larry A. Burns*
Larry A. Burns.
Designated Judge
District Court of Guam