ORIGINAL

JACKSON_J.svc2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH G. JACKSON,<br><br>　　　　　Defendant,<br><br>DEPARTMENT OF REVENUE<br>　AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>　　　　　Garnishee. | CIVIL CASE NO. 98-00061<br><br><br><br><br><br>**CERTIFICATE OF SERVICE**<br>(TAX YEAR 2005) |

　　　I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Motion for Entry of Final Order in Continuing Garnishment** (Tax Year 2005) and **Final Order in Continuing Garnishment** (Tax Year 2005) were sent to the defendant and garnishee by mail on _October 26, 2006_.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michelle Perez_
　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE PEREZ