```
1  CRUZ_G.gar1
2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215
7  Attorney's for United States of America
```

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 98-00061 |
| Plaintiff, | |
| vs. | **APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| GERTRUDE CRUZ, aka GERTRUDE C. JACKSON, aka TRUDY CRUZ, | |
| Defendant. | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor GERTRUDE CRUZ aka GERTRUDE C. JACKSON aka TRUDY CRUZ, social security number XXX-XX-9114, whose last known mailing address is: PMB XXX, 1270 N. Marine Dr 101, Tamuning, Guam 96913 (hereinafter "Debtor"), in the above cited action in the principal amount of $22,156.38 plus accrued interest to September 24, 1998 in the amount of $3,258.12m, and interest thereafter to the date of judgment at the rate of 4.0 percent per annum, and interest

Case 1:98-cv-00061   Document 41   Filed 11/16/2006   Page 1 of 2

from the date of judgment at the legal rate until paid in full; together with advances, costs and expenses, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), administrative fees in the amount of $762.55, fees; and for such other and further relief as this Court deems just and proper.

There is a balance of $10,857.55, as of November 15, 2006 ($10,837.45 principal + $20.10 int. to 11/15/2006).

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The names and address of the Garnishee or his authorized agent is:

    WEBCO General Partnership
    Attn: Payroll
    3635 Concorde Parkway, Suite 700
    Chantilly, Virginia 20151
    Telephone No. (703)653-1416

The United States seeks the sum of 25% of the defendant's non-exempt net disposable earnings to be withheld from the defendant's wages, salary or commissions to be applied toward the judgment.

DATED this 16th day of November, 2006.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and the NMI

By: _____
      MARIVIC P. DAVID
      Assistant U.S. Attorney