ORIGINAL

CRUZ_G.gar7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 2 7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 98-00061 |
| Plaintiff, | |
| vs. | **CERTIFICATION OF SERVICE OF DOCUMENTS ON GARNISHEE** |
| GERTRUDE CRUZ, aka GERTRUDE C. JACKSON, aka TRUDY CRUZ, | |
| Defendant, | |
| WEBCO GENERAL PARTNERSHIP, | |
| Garnishee. | |

The United States of America, the judgment creditor herein, hereby certifies that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by postal express mail on November 22, 2006

DATED: 11-27-06        By: _____
                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the NMI

                              MARIVIC P. DAVID
                              Assistant U.S. Attorney