ORIGINAL

CRUZ_G.gar7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GERTRUDE CRUZ, ) <br> aka GERTRUDE C. JACKSON, ) <br> aka TRUDY CRUZ, ) <br> ) <br> Defendant, ) <br> ) <br> WEBCO GENERAL PARTNERSHIP, ) <br> ) <br> Garnishee. ) | CIVIL CASE NO. 98-00061 <br><br> **CERTIFICATION OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee, Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the defendant by certified and regular mail on November 22, 2006 at Defendant's last known address.

*/s/ Michelle Perez*
MICHELLE PEREZ