CRUZ_G.gar5

FILED
DISTRICT COURT OF GUAM
MAR 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GERTRUDE CRUZ,<br>aka GERTRUDE C. JACKSON,<br>aka TRUDY CRUZ,<br><br>    Defendant,<br><br>WEBCO GENERAL PARTNERSHIP,<br><br>    Garnishee. | CIVIL CASE NO. 98-00061<br><br>**ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

__Connie Hawthorne__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of __Webco General Partnership__.

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the _____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

    State name and address of agency, and name and official title of authorized representative: _____

_____

_____

_____

1. On _____, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes / No

✓ ___ Defendant was in my/our employ.

Pay period is weekly ___, bi-weekly ___, semi-monthly ___, monthly ✓.

The Defendant's present pay period began on **12/01/06**.

(Present means the pay period in which this order and notice of garnishment were served)

The Defendant's present pay period ends on **12/31/06**

Enter amount of net wages. Calculate below:

| | | |
|---|---|---|
| (a) Gross Pay | $ | 2166.67 |
| (b) Federal income tax | | 125.48 |
| (c) F.I.C.A. income tax | | 153.89 |
| (d) State/Local income tax | | |
| Total of tax withholdings | $ | 279.37 |
| Net Wages | $ | 1887.30 (a less total of b,c,d) |

//

//

| | Yes | No | | |
|---|---|---|---|---|
| | ___ | _✓_ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| | _✓_ | ___ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. Salary - Earnings | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

//
//
//
//
//

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes  No

___  ✓  6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____
_____

Yes  No

___  ✓  7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____
_____

//
//
//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

    \_\_\_ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, GERTRUDE CRUZ aka GERTRUDE C. JACKSON aka TRUDY CRUZ, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, GERTRUDE CRUZ aka GERTRUDE C. JACKSON aka TRUDY CRUZ at PMB XXX, 1270 N. Marine Dr 101, Tamuning, Guam 96913 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

WEBCO GENERAL PARTNERSHIP
Garnishee

By: _Connie Hawthorne_
3635 Concorde Pkwy #700
Chantilly, VA 20151
703-653-1416
Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this 17th day of January, ~~2006~~ 2007

_____
Notary Public
My Commission Expires October 31, 2010

- 5 -