ORIGINAL

1 | CRUZ_G.svc

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

APR 16 2007

MARY L.M. MORAN
CLERK OF COURT

7 | Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 98-00061 |
| Plaintiff, | |
| vs. | |
| GERTRUDE CRUZ aka GERTRUDE C. JACKSON aka TRUDY CRUZ, | **CERTIFICATE OF SERVICE** |
| Defendant, | |
| WEBCO GENERAL PARTNERSHIP, | |
| Garnishee. | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the **Motion for Entry of Final Order in Continuing Garnishment** and an electronically filed copy of the **Final Order in Continuing Garnishment** were sent to the defendant and garnishee by mail on April 13, 2007.

MICHELLE PEREZ