ORIGINAL

JACKSON_J.sat

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 29 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH G. JACKSON, <br><br> Defendant. | CIVIL CASE NO. 98-00061 <br><br> **SATISFACTION OF JUDGMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Department of Land Management, Territory of Guam, on **December 14, 1998**, as Instrument Number **595211**.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney