ORIGINAL

JACKSON_J.taxter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV 29 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH G. JACKSON,<br><br>Defendant,<br><br>DEPARTMENT OF REVENUE<br>AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>Garnishee. | CIVIL CASE NO. 98-00061<br><br>**MOTION TO TERMINATE<br>WRIT OF GARNISHMENT**<br>(Tax Year 2004) |

On or about October 25, 2006, a Writ of Garnishment (tax year 2004) directed to Garnishee was duly issued and served upon the Garnishee. On or about February 7, 2007, payment was received. Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (tax year 2004) against Defendant JOSEPH G. JACKSON.

DATED this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney