ORIGINAL

CRUZ_G.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GERTRUDE CRUZ,<br>aka GERTRUDE C. JACKSON,<br>aka TRUDY CRUZ,<br><br>　　　　Defendant,<br><br>WEBCO GENERAL PARTNERSHIP,<br><br>　　　　Garnishee. | CIVIL CASE NO. 98-00061<br><br>**MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about November 20, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about November 7, 2007,

//
//
//
//
//

| | |
|---|---|
| 1 | payment in full was made. Plaintiff respectfully requests that the Court terminate the Writ of |
| 2 | Continuing Garnishment against Defendant GERTRUDE CRUZ aka GERTRUDE C. |
| 3 | JACKSON aka TRUDY CRUZ. |
| 4 | DATED this 29th day of November, 2007. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney