1  **JACKSON_J.taxterord**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

7  Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH G. JACKSON,<br><br>    Defendant,<br><br>DEPARTMENT OF REVENUE<br>  AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>    Garnishee. | CIVIL CASE NO. 98-00061<br><br>**O R D E R**<br><br>Re: United States Motion to Terminate<br>Writ of Garnishment (Tax Year 2004) |

    Based upon the Plaintiff's Motion to Terminate Writ of Garnishment (Tax Year 2004), the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Garnishment (Tax Year 2004) is hereby terminated.

    **SO ORDERED**.

                                **/s/ Frances M. Tydingco-Gatewood**
                                      **Chief Judge**
                                  **Dated: Jan 03, 2008**