ORIGINAL

1 | JACKSON_J.taxfag

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 0 4 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 98-00061 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINAL ACCOUNTING UPON** |
| ) | **TERMINATION OF GARNISHMENT** |
| JOSEPH G. JACKSON, ) | (Tax Year 2004) |
| ) | |
| Defendant, ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Artemio B. Ilagan, Director
Department of Revenue & Taxation
P.O. Box 23607
GMF, Guam 96921

    Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Garnishment (Tax Year 2004) filed in the above entitled action.

    Pursuant to the Writ of Garnishment (Tax Year 2004) issued on or about October 25, 2006, $1,144.09 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2005A75078 (2005Z00122)

DEBTOR: Jackson, Joseph G.
COLLECTION TYPE: WH
BALANCE AS OF _____: $0.00

| DATE RCVD | FORM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 02-FEB-2007 | GR | GU/07 /039 | 0085659 | $1,144.09 |
| | | TOTAL DOLLAR AMOUNT OF PAYMENTS: | | $1,144.09 |