ORIGINAL

CRUZ_G.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN - 4 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERTRUDE CRUZ,<br>aka GERTRUDE C. JACKSON,<br>aka TRUDY CRUZ,<br><br>Defendant. | CIVIL CASE NO. 98-00061<br><br>**FINAL ACCOUNTING UPON<br>TERMINATION OF GARNISHMENT** |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: WEBCO General Partnership
Attn.: Payroll
3635 Concorde Parkway, Suite 700
Chantilly, Virginia 20151

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about November 20, 2006, $5,190.02 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the District of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

For Report Parameters: 2005A75078 ,001 ,1547292

**PAYMENTS**

CDCS NBR: 2005A75078/001  Name: Cruz, Gertrude  Collect WH Type: Court Nbr CIV-98-00061  Priority Code:  Scheduled Payment Amount:  Current Liability: -$179.77

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Scheduled Payment Amount | Bop Deposit Nbr | Scheduled Payment Date | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0027 | PMNT | 02/12/2007 | GR | G | Webco | GU/07/040 | 241520 | | | | 02/12/2007 | $943.64 |
| 0028 | PMNT | 03/08/2007 | GR | G | WEBCO GenPartnership | GU/07/046 | 241772 | | | | 03/08/2007 | $471.82 |
| 0030 | PMNT | 04/05/2007 | GR | G | WEBCO | GU/07/056 | 242068 | | | | 04/05/2007 | $471.82 |
| 0032 | PMNT | 05/08/2007 | GR | G | WEBCO GenPartnership | GU/07/068 | 242269 | | | | 05/08/2007 | $471.82 |
| 0034 | PMNT | 06/12/2007 | GR | G | WEBCO garn | GU/07/078 | 242570 | | | | 06/12/2007 | $471.82 |
| 0036 | PMNT | 07/16/2007 | GR | G | WEBCO | GU/07/089 | 242804 | | | | 07/16/2007 | $471.82 |
| 0038 | PMNT | 08/06/2007 | GR | G | WEBCO GenPart garn | GU/07/097 | 107747 | | | | 08/06/2007 | $471.82 |
| 0040 | PMNT | 09/12/2007 | GR | G | Webco | GU/07/107 | 107804 | | | | 09/12/2007 | $471.82 |
| 000046 | PMNT | 10/10/2007 | GR | G | WEBCO garn | GU2008004 | 243420 | | | | 10/22/2007 | $471.82 |
| 000054 | PMNT | 11/07/2007 | GR | G | WEBCO garn | GU2008015 | 243635 | | | | 11/15/2007 | $471.82 |
| Total | | | | | | | | | | | | $5,190.02 |