ORIGINAL

JACKSON_J.taxfacg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 0 7 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH G. JACKSON,<br><br>Defendant,<br><br>DEPARTMENT OF REVENUE<br>AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>Garnishee. | CIVIL CASE NO. 98-00061<br><br>**CERTIFICATE OF SERVICE**<br>(Tax Year 2004) |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed or electronically filed copy of the following: **Motion to Terminate Writ of Garnishment** (Tax Year 2004), **ORDER** Re: United States Motion to Terminate Writ of Garnishment (Tax Year 2004) and **Final Accounting Upon Termination Garnishment** (Tax Year 2004) were sent to the defendant and garnishee by mail on _January 7, 2008_.

MICHELLE PEREZ