ORIGINAL

FILED
DISTRICT COURT OF GUAM

JAN 0 7 2008

JEANNE G. QUINATA
Clerk of Court

1  **JACKSON_J.taxfag**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorneys for United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF GUAM

10  UNITED STATES OF AMERICA,            )       CIVIL CASE NO. 98-00061
                                        )
11              Plaintiff,              )
                                        )
12      vs.                             )       **CERTIFICATE OF SERVICE**
                                        )       (Tax Year 2005)
13  JOSEPH G. JACKSON,                  )
                                        )
14              Defendant,              )
    _____ )
                                        )
15                                      )
    DEPARTMENT OF REVENUE               )
16      AND TAXATION,                   )
    GOVERNMENT OF GUAM,                 )
17                                      )
                Garnishee.              )
18  _____ )

19

20      I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

21  or electronically filed copy of the following:  **Motion to Withdraw Terminate Writ of**

22  **Garnishment** (Tax Year 2005) and **ORDER** Re: United States Motion to Withdraw Writ of

23  Garnishment (Tax Year 2005) were sent to the defendant and  garnishee by mail on

24  January 7, 2008                 .

25

26

27                                              MICHELLE PEREZ

28