ORIGINAL

CRUZ_G.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 0 7 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GERTRUDE CRUZ, ) <br> aka GERTRUDE C. JACKSON, ) <br> aka TRUDY CRUZ, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> WEBCO GENERAL PARTNERSHIP, ) <br> ) <br> Garnishee. ) <br>_____) | CIVIL CASE NO. 98-00061 <br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed or electronically filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment, ORDER** Re: United States Motion to Terminate Writ of Continuing Garnishment and **Final Accounting Upon Termination Garnishment** were sent to the defendant and garnishee by mail on _January 7, 2008_.

MICHELLE PEREZ